## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CLARK C. WALTERS,

    Plaintiff,

v.                                              Case No. 8:16-cv-1321-T-23AEP

BANK OF AMERICA, N.A.,
LAW OFFICES OF HAYT, HAYT &
LANDAU, P.L., JASON S. DRAGUTSKY,
and EDWARD J. AIOSA,

    Defendants.

## NOTICE OF APPEARANCE

Notice is hereby given that Sara F. Holladay-Tobias, Esq., of McGuireWoods LLP enters his appearance as counsel for Defendant Bank of America, N.A., in the instant case. All pleadings, papers, and correspondence in this matter should be served upon the undersigned counsel.

                                                  Respectfully submitted,

                                                  */s/ Sara F. Holladay-Tobias*
                                                  Sara F. Holladay-Tobias (FL Bar No. 0026225)
                                                  stobias@mcguirewoods.com
                                                  C. H. Houston III (FL Bar No. 100268)
                                                  hhouston@mcguirewoods.com
                                                  McGUIREWOODS LLP
                                                  50 N. Laura Street, Suite 3300
                                                  Jacksonville, Florida 32202
                                                  (904) 798-3200
                                                  (904) 798-3207 (fax)

                                                  *Attorneys and Trial Counsel for Defendant Bank of America, N.A.*

2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on June 28, 2016.  I also certify that the foregoing document is being served this day on the following parties via U.S. Mail.

Clark C. Walters
2370 Cameron Drive
Dunedin, Florida 34698
(727) 459-2230

                                                          */s/ Sara F. Holladay-Tobias*
                                                                            Attorney

79841208_1