**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CLARK C. WALTERS,

       Plaintiff,

v.                                      Case No. 8:16-cv-1321-T-23AEP

BANK OF AMERICA, N.A.,
LAW OFFICES OF HAYT, HAYT &
LANDAU, P.L., JASON S. DRAGUTSKY,
and EDWARD J. AIOSA,

       Defendants.

## NOTICE OF APPEARANCE

Notice is hereby given that C. H. Houston III, Esq., of McGuireWoods LLP enters his

appearance as counsel for Defendant Bank of America, N.A., in the instant case.   All

pleadings, papers, and correspondence in this matter should be served upon the undersigned

counsel.

                               Respectfully submitted,

                               */s/ C. H. Houston III*
                               Sara F. Holladay-Tobias (FL Bar No. 0026225)
                               stobias@mcguirewoods.com
                               C. H. Houston III (FL Bar No. 100268)
                               hhouston@mcguirewoods.com
                               McGUIREWOODS LLP
                               50 N. Laura Street, Suite 3300
                               Jacksonville, Florida 32202
                               (904) 798-3200
                               (904) 798-3207 (fax)

                               *Attorneys and Trial Counsel for Defendant Bank*
                               *of America, N.A.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on June 28, 2016.  I also certify that the foregoing document is being served this day on the following parties via U.S. Mail.

Clark C. Walters
2370 Cameron Drive
Dunedin, Florida 34698
(727) 459-2230

*/s/ C. H. Houston III*
Attorney

79841184_1