UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLARK C. WALTERS,

    Plaintiff,

v.                                     CASE NO. 8:16-cv-1321-T-23AEP

BANK OF AMERICA, N.A., et al.,

    Defendants.
_____/

## **ORDER**

On May 26, 2016, Clark C. Walters sued (Doc. 1) Bank of America, N.A., Hayt, Hayt, & Landau, P.L., Jason S. Dragutsky, and Edward J. Aiosa. Rule 4(m), Federal Rules of Civil Procedure, allows a plaintiff ninety days after filing the complaint to serve a defendant. The time to serve Hayt, Hayt, & Landau, P.L., Dragutsky, and Aiosa expired on August 24, 2016, and no proofs of service appear on the docket. Under Rule 4(m):

> If a defendant is not served within 90 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Further, under Rule 6(b)(1)(B), "[w]hen an act . . . must be done within a specified time, the court may, for good cause, extend the time . . . on motion made after the time has expired if the party failed to act because of excusable neglect."

No later than **SEPTEMBER 9, 2016**, Walters may move for an extension of time to serve the defendants.  Under Rule 4(m), the motion must "show[] good cause for the failure" to serve within ninety days.  Also, under Rule 6(b)(1)(B), the motion must show at least "excusable neglect" for Walters' failure to request an extension before the expiration of the ninety days and for Walters' continuing failure to request an extension.  An affidavit or other verified paper must support each factual allegation; the order granting or denying the motion will disregard any unsworn factual allegation.  If Walters fails to show good cause or fails to demonstrate excusable neglect, an order will dismiss the claims against Hayt, Hayt, & Landau, P.L., Dragutsky, and Aiosa.

ORDERED in Tampa, Florida, on August 26, 2016.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE