UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLARK C. WALTERS,

    Plaintiff,

v.                                                          CASE NO. 8:16-cv-1321-T-23AEP

BANK OF AMERICA, N.A., et al.,

    Defendants.
_____/

## **ORDER**

      Clark C. Walters sues (Doc. 1) Bank of America, N.A.; Hayt, Hayt & Landau, P.L.; Jason S. Dragutsky; and Edward J. Aiosa.  On September 8, 2016, Walters moved for an extension of time to serve Hayt and Dragutsky.  A September 19, 2016 order (Doc. 18) granted Walters's motion to extend time and stated, "Plaintiff shall have thirty (30) days from the date of this Order to effect service upon the remaining Defendants.  To the extent that Plaintiff cannot effect service within that time, Plaintiff may subsequently renew his motion to use substitute service upon the Secretary of State."

Walters has failed to comply with the September 19, 2016 order. Accordingly, the claims (Doc. 1) against Hayt and Dragutsky are **DISMISSED**.

ORDERED in Tampa, Florida, on October 27, 2016.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE